**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO.: 0:26-cv-62897-EA

SCOTT ROBINSON,

Plaintiff,

vs.

B C S S, LTD. d/b/a
LOU BACHRODT CHEVY,

Defendant.
_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 3.8, I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

**NONE**

Dated this 22nd day of October, 2026.

***(Remainder of page left intentionally blank)***

Respectfully submitted,

***/s/ Nicholas Vimo***
Nicholas Vimo
Florida Bar No. 1029436
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: nicholas@floridaovertimelawyer.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of October, 2026, a true and correct copy of the foregoing has been filed using CM/ECF system which I understand will send a copy to all counsel of record.

***/s/ Nicholas Vimo***
Nicholas Vimo