# TEAM BACHRODT - PRE-EMPLOYMENT FORMS (BCSS)

## BCSS, Ltd. - ARBITRATION AGREEMENT

This Agreement, between the undersigned Individual and BCSS, Ltd., (which includes Lou Bachrodt Chevrolet/Mazda Pompano Beach, Tri County Truck, and Coconut Creek Chevrolet and Mazda), "the COMPANY," is intended to provide the exclusive means of resolving all Disputes, as defined below, which may arise between them. In consideration for their mutual promises, both parties, by entering into this Agreement, give up their right to trial by court or by jury. This is not a contract of employment, but a contract to arbitrate disputes. This Agreement, does, however, arise out of Individual's employment and/or application for employment, which are governed by Federal statutes enacted by Congress under its authority to regulate interstate commerce. It is specifically agreed, therefore, that this Agreement is "a contract . . . evidencing a transaction involving commerce" within the meaning of 9 U.S.C. §2, and that this Agreement is not "a contract of employment" within the meaning of 9 U.S.C. §1, and that this Agreement may be enforced under the Federal Arbitration Act. In the event that it is determined that the FAA does not apply, then this Agreement shall be enforced under Florida law as applicable to the Individual's work location.

**1. Disputes Subject to Arbitration.**

(a) Disputes subject to arbitration are all Disputes between the parties which may otherwise be brought in a court or before a governmental agency, whether or not arising out of or related to the Individual's application for employment, employment, or termination of employment with the Company, and whether or not arising before, during or after any employment relationship between the parties. Also subject to arbitration are disputes involving any person or entity whose liability or right of recovery derives from a Dispute which is covered by this Agreement (e.g. partner, agent, subsidiary or parent corporation, affiliate, shareholder, successor or assign of a party).

(b) Such Disputes include, but are not limited to, claims of refusal to hire, wrongful termination, breach of contract, defamation, assault, battery, violation of public policy, negligent retention, negligent supervision, negligent entrustment, invasion of privacy, retaliation, wrongful imprisonment, infliction of emotional distress, any other tort, contract, equitable, statutory, or constitutional claim, breaches of any duty owed by an employee to an employer, and claims against an employee, officer, director or agent of the Company who has agreed to arbitrate a claim which would directly or indirectly subject either party to liability. Disputes also include any claims of discrimination or harassment prohibited by applicable law, including statutory and/or common law claims of discrimination or harassment on the basis of age, race, national origin, religion, disability, sex/gender, color or citizenship. Further, Disputes include claims related to payment of wages and compensation, polygraph examinations, layoffs due to plant closings, health, retirement or pension benefits, veterans' rights, obtaining or using credit reports, drug testing, whistleblowing activity and leaves of absence. Class actions and requests for declaratory relief are also covered by this Agreement.

(c) Actions by either party for a temporary restraining order or other preliminary injunctive relief may be pursued in a court of competent jurisdiction pending resolution of the underlying dispute in arbitration. Any claim for unemployment or workers' compensation benefits which is subject to the exclusive jurisdiction of a state agency and charges filed with the National Labor Relations Board are not covered by this Agreement. Also not covered by this Agreement is any claim which is based upon an employee benefits plan that is underwritten by a commercial insurer which decides payment of claims and does not agree to arbitrate under this Agreement. This Agreement does not preclude the filing of a charge with the Equal Employment Opportunity Commission or other federal agencies, but the parties waive any right to any recovery of damages in such agency action and the dispute underlying such charge shall be arbitrated. A party need not file a charge or complaint with any agency as a prerequisite to initiating arbitration under this Agreement.



EXHIBIT 1

# TEAM BACHRODT - PRE-EMPLOYMENT FORMS (BCSS)

**2. Authority of the Arbitrator.** Resolution of Disputes shall be based solely upon the law governing the claims and defenses asserted. The Arbitrator shall have the authority of a trial court judge sitting without a jury, but may not add to, modify, invalidate or ignore any provision of this Agreement or the Arbitration Rules, nor may the Arbitrator invoke any basis (such as "just cause" or "seniority") other than controlling law. The Arbitrator shall be a former federal judge or magistrate judge or a former judge of a state court of general jurisdiction or state appellate court, selected as provided under the Arbitration Rules.

**3. Rules Governing Arbitration Proceedings.** Rules governing arbitration proceedings are contained in the Company's Arbitration Rules which are incorporated by reference into this Agreement.

**4. Finality of Arbitrator's Decision.** The Award of the Arbitrator shall be final and binding unless, within thirty (30) days of service of the Arbitrator's decision, either party serves notice of appeal to a second Arbitrator who shall, as far as practicable, proceed according to the law and procedures applicable to appellate review by a United States Court of Appeals of a civil judgment following a nonjury decision by a judge. The result of the appeal and any further proceedings pursuant to the appeal shall then constitute the final Award, which may be enforced by a court as provided by law.

**5. Savings Clause; Entire Agreement.** If any provision of this Agreement, including the Arbitration Rules which are incorporated by reference, is found by a court to be invalid or otherwise unenforceable, the court shall enforce the remainder of this Agreement and the Arbitration Rules. This Agreement constitutes the full agreement of the parties and can be changed only in writing signed by the Individual and an executive officer of the Company.

**6. Time Limits.** All Disputes must be brought under this Agreement within the applicable limitations period for filing a lawsuit or agency claim beginning with the event or occurrence giving rise to the Dispute; if no claim is timely brought, that Dispute is waived and barred forever, and no action or suit may be brought in any court or other forum. If any party attempts to bring an untimely Dispute, that party shall reimburse the other party for all expenses, including attorneys' fees, incurred in responding to such untimely Dispute.

---

**Both parties acknowledge that they:**

- **have carefully read this Agreement,**
- **were provided an opportunity to examine the Arbitration Rules,**
- **have had an opportunity to consult legal counsel before signing, and**
- **understand that by signing this Arbitration Agreement, both parties waive their right to trial by court or jury.**

| BCSS, Ltd.: | Individual: |
|---|---|
| By: [signature] | By: Scott K Robinson [signature] |
| Date: 2-8-23 | Date: 1/20/23 |



EXHIBIT 1