**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-62897-EA**

**Scott Robinson,**

Plaintiff,

v.

**BCSS LTD,**

Defendant.
_____________________________________/

**ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION**

This cause comes before the Court on the Defendant's Unopposed Motion to Compel Arbitration. [ECF No. 7].

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Compel Arbitration **[ECF No. 7]** is **GRANTED.**
2. The parties are ordered to arbitrate their case in accordance with the parties' agreed terms as set forth in ECF No. 7.
3. This case is **STAYED** pending the conclusion of the parties' arbitration proceedings.
4. The parties shall provide the Court with status updates every **90 days** until the resolution of the arbitration proceedings.
5. Within **14 days** of the completion of the arbitration proceedings, the parties shall notify the Court and take the necessary steps to resolve this case.
6. All pending motions are **DENIED AS MOOT** and all existing deadlines are **TERMINATED.**
7. The Clerk of the Court is instructed to **administratively close this case for statistical purposes**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of November 2026.

Ed Artau

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:
**Nicholas M. Vimo**
Richard Celler Legal PA
7951 SW 6th St, Suite 316
Plantation, FL 33324
866-344-9243
Email: nicholas@floridaovertimelawyer.com

**Megan Laing Janes**
201 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
954-525-7500
Email: mjanes@fisherphillips.com